**Order filed November 9, 2021**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00489-CV
_____

### ALEJANDRO L. PADUA AND THE PADUA LAW FIRM, PLLC, Appellants

### V.

### JASON A. GIBSON, P.C. D/B/A THE GIBSON LAW FIRM AND JASON A. GIBSON, Appellees

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-31672**

## ORDER

This appeal is related to an appeal previously filed in this court: No. 14-17-00379-CV; *Alejandro L. Padua and The Padua Law Firm, P.L.L.C v. Jason A. Gibson, P.C. d/b/a The Gibson Law Firm and Jason A. Gibson.* Appellants have filed a motion requesting the record from the previous appeal be transferred into this appeal.

The motion is granted. The clerk of this court is directed to file a copy of the appellate record in appeal number 14-17-00379-CV into this appeal.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.